1  Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
2  Eugene P. Hanrahan (State Bar No. 185826)
   *eugene.hanrahan@manningkass.com*
3  Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
7
8  Attorneys for Defendants SHERIFF CHAD
   BIANCO; Sergeant TODD JOHNSON;
   Correctional Deputy ABDUAL FAR;
9  MORGAN MCCANDLESS; Correctional
   Corporal BENJAMIN SEAGRAVES-
10 GLADNEY; Deputy KEVIN JONES;
   Correctional Deputy PHILLIP
11 DIEFENDERFER; Correctional Deputy
   THOMAS KOLB; Correctional Deputy
12 MIGUE TRIANA; and Corporal KAI
   GALLARDO

13

14                **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16  DEZARAE MUNOZ, individually and          Case No.:  5:23-cv-02063-JGB-DTB
    as successor-in-interest to Estate of
17  ULYSSES MUNOZ AYALA,                     Honorable Jesus G. Bernal

18              Plaintiffs,

19          v.                               **JOINT STIPULATION AND**
                                             **REQUEST FOR DISMISSAL**
20  SHERIFF CHAD BIANCO, an                  **WITH PREJUDICE AS TO**
    Individual; Sergeant TODD                **PLAINTIFF'S THIRD CLAIM**
21  JOHNSON, an individual, Correctional     **FOR RELIEF AS TO**
    Deputy ABDUAL FAR, an individual,        **DEFENDANTS**
22  MORGAN MCCANDLESS, an
    Individual, Correctional Corporal        *Filed Concurrently with [Proposed]*
23  BENJAMIN SEAGRAVES-                      *Order*
    GLADNEY, an Individual, Correctional
24  Deputy KEVIN JONES, an Individual;
    Correctional Deputy PHILLIP
25  DIEFENDERFER, an Individual,
    Correctional Deputy THOMAS KOLB,
26  an Individual, Correctional Deputy
    MIGUE TRIANA, an Individual,
27  Corporal KAI GALLARDO, an
    individual; RIVERSIDE COUNTY
28  SHERIFF'S DEPARTMENT; and

1    DOES 1-25, Inclusive.

2                    Defendants.

3    _____

4

5    **TO THE HONORABLE COURT:**

6         By and through their counsel of record in this action, Plaintiff  DEZARAE

7    MUNOZ, individually and as successor-in-interest to Estate of ULYSSES MUNOZ

8    AYALA ("Plaintiff") and Defendants SHERIFF CHAD BIANCO; Sergeant TODD

9    JOHNSON; Correctional Deputy ABDUAL FAR; MORGAN MCCANDLESS;

10   Correctional Corporal BENJAMIN SEAGRAVES-GLADNEY; Deputy KEVIN

11   JONES; Correctional Deputy PHILLIP DIEFENDERFER; Correctional Deputy

12   THOMAS KOLB; Correctional Deputy MIGUE TRIANA; and Corporal KAI

13   GALLARDO ("Defendants") hereby stipulate for the purpose of jointly requesting

14   that the honorable Court dismiss with prejudice certain claims as follows:

15                    **GOOD CAUSE STATEMENT**

16        1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may

17   dismiss an action (or claims therein) without a court order by filing a stipulation of

18   dismissal signed by all parties who have appeared.

19        2.    After conference of counsel on November 18, 2024, following the filing

20   of Plaintiff's First Amended Complaint, the parties hereby stipulate to dismiss those

21   portions of Plaintiff's claims from the operative Complaint as specified herein below.

22                    **STIPULATION FOR PARTIAL DISMISSAL**

23        IT IS HEREBY STIPULATED as follows:

24        3.    Plaintiff's Third Claim for Relief for 42 U.S.C. § 1983 Failure to Properly

25   Train and Supervise & *Monell* Liability for Policy, Practice & Custom – as alleged

26   against Defendants Sergeant TODD JOHNSON; Correctional Deputy ABDUAL

27   FAR;    MORGAN    MCCANDLESS;    Correctional    Corporal    BENJAMIN

28   SEAGRAVES-GLADNEY; Deputy KEVIN JONES; Correctional Deputy PHILLIP

DIEFENDERFER; Correctional Deputy THOMAS KOLB; Correctional Deputy MIGUE TRIANA; and Corporal KAI GALLARDO shall be dismissed with prejudice.

4.    The parties further stipulate that this Dismissal constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of the Third Claim for Relief as against Defendants.

**STIPULATION RE TIME TO RESPOND TO COMPLAINT**

5.    In light of the parties' stipulation to dismiss the Third Claim for Relief as against Defendants, IT IS HEREBY FURTHER STIPULATED that Defendants shall have up to and including December 6, 2024 to file an Answer to the remaining claims in the operative Complaint.

**IT IS SO STIPULATED.**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

1    ///

2    DATED:  November 21, 2024        **MANNING & KASS**
                                      **ELLROD, RAMIREZ, TRESTER LLP**

3

4                                     By: _____/s/ Kayleigh A. Andersen_____

5                                          Eugene P. Ramirez
                                           Eugene P. Hanrahan
6                                          Kayleigh Andersen
                                           Attorneys for Defendants SHERIFF CHAD
7                                          BIANCO; Sergeant TODD JOHNSON;
                                           Correctional Deputy ABDUAL FAR;
8                                          MORGAN MCCANDLESS; Correctional
                                           Corporal BENJAMIN SEAGRAVES-
9                                          GLADNEY; Deputy KEVIN JONES;
                                           Correctional Deputy PHILLIP
10                                         DIEFENDERFER; Correctional Deputy
                                           THOMAS KOLB; Correctional Deputy
11                                         MIGUE TRIANA; and Corporal KAI
                                           GALLARDO
12

13

14

15   DATED:  November 21, 2024        **KHASHAN LAW FIRM, APC**

16

17                                    By: _____/s/ Lewis Khashan_____
                                           Lewis Khashan
18                                         Attorneys for Plaintiff

19

20

21

22

23

24

25

26

27

28

4