# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DEZARAE MUNOZ, individually and as successor-in-interest to Estate of ULYSSES MUNOZ AYALA, <br><br>Plaintiffs, <br><br>v. <br><br>SHERIFF CHAD BIANCO, an Individual; Sergeant TODD JOHNSON, an individual, Correctional Deputy ABDUAL FAR, an individual, MORGAN MCCANDLESS, an Individual, Correctional Corporal BENJAMIN SEAGRAVES-GLADNEY, an Individual, Correctional Deputy KEVIN JONES, an Individual; Correctional Deputy PHILLIP DIEFENDERFER, an Individual, Correctional Deputy THOMAS KOLB, an Individual, Correctional Deputy MIGUE TRIANA, an Individual, Corporal KAI GALLARDO, an individual; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; and DOES 1-25, Inclusive. <br><br>Defendants. | Case No.: 5:23-cv-02063-JGB-DTB <br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S THIRD CLAIM FOR RELIEF AS TO DEFENDANTS** |

Pursuant to the Joint Stipulation of the parties, IT IS HEREBY ORDERED:

1. Plaintiff's Third Claim for Relief for 42 U.S.C. § 1983 Failure to Properly Train and Supervise & *Monell* Liability for Policy, Practice & Custom – as alleged against Defendants Sergeant TODD JOHNSON; Correctional Deputy ABDUAL FAR; MORGAN MCCANDLESS; Correctional Corporal BENJAMIN SEAGRAVES-GLADNEY; Deputy KEVIN JONES; Correctional Deputy PHILLIP DIEFENDERFER; Correctional Deputy THOMAS KOLB; Correctional Deputy MIGUE TRIANA; and Corporal KAI GALLARDO is dismissed with prejudice.

2. This Dismissal constitutes a general mutual release and a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of the Third Claim for Relief as against Defendants.

3. Defendants shall have up to and including December 6, 2024 to file an Answer to the remaining claims in the operative Complaint.

**IT IS SO ORDERED.**

DATED: December 4, 2024

_____
Honorable Jesus G. Bernal
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT